UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL D. HOLMES,

               Plaintiff,

    - against -

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

23 Civ. 9360 (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

      Plaintiff Michael D. Holmes, represented by counsel, commenced this action on October 24, 2023 seeking review of the Commissioner of Social Security's decision to deny Plaintiff certain benefits. (Dkt. No. 1 at 1). The Defendant answered Plaintiff's Complaint by filing a Certified Administrative Record on February 26, 2024. (Dkt. No. 12). Per this District's Standing Order with respect to briefing in Social Security cases, Plaintiff's response to Defendant's answer was due 30 days after the Defendant's February 26, 2024 filing, *i.e.*, March 27, 2024. (*See* Dkt. No. 4 at 1). However, to date, the docket does not reflect that Plaintiff has filed a moving brief. Therefore, the parties are directed to jointly inform the court, by letter, as to the status of this action no later than Tuesday, April 23, 2024.

      **SO ORDERED.**

DATED:    New York, New York
               April 18, 2024

_____
GARY STEIN
United States Magistrate Judge