UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL D. HOLMES,

                    Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
-------------------------------------------------------------X

23 Civ. 9360 (GS)

ORDER TO STRIKE

**GARY STEIN, United States Magistrate Judge:**

      Earlier today, the Court issued an Order indicating that Plaintiff had not filed his moving brief on time and directing the parties to provide a status update by April 23, 2024. (Dkt. No. 13). That Order was in error, as the Court, on December 22, 2023, had granted an extension of time for Plaintiff to file his moving brief to April 26, 2024. (*See* Dkt. No. 9 at 1; Dkt. No. 10). Accordingly, the Clerk of Court is directed to strike Docket Number 13. The parties need not file a status update by April 23, 2024, and the briefing schedule approved by the Court on December 22, 2023 remains in effect.

      **SO ORDERED.**

DATED:   New York, New York
               April 18, 2024

                                                  _____
                                                  GARY STEIN
                                                  United States Magistrate Judge