UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL D. HOLMES,

                 Plaintiff,                         23 **CIVIL** 9306 (GS)

     -v-                                             **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                 Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 21, 2024, that the action be, and hereby is, reversed & remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            June 21, 2024

                                                             **DANIEL ORTIZ**
                                                       **Acting Clerk of Court**

                           **BY:**
                                                       **Deputy Clerk**